UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA     )
                                    )
v.                                )     NO. 3:13-00007
                                    )     JUDGE CAMPBELL
BILLY SCOTT BENNETT        )

ORDER

Due to an ongoing trial, the change of plea hearing scheduled for March 29, 2013, is

RESCHEDULED for April 1, 2013, at 1:00 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE